## HENRY HENDERSON *v.* THOMAS S. FITCH *et al.*

The parties named by the court must execute an appeal bond. The clerk has no authority to substitute other persons.

MOTION to dismiss the appeal because of a defective appeal bond.

People ex rel. *v.* Rickey, Smith *v.* Coats.

*Per Curiam.* Neither of the persons named by the court to be accepted as securities signed the appeal bond, and the court could not delegate the power to the clerk to take other security.

*Motion allowed.*